**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20367-DPG-1**

**UNITED STATES OF AMERICA**

**v.**

**ALI CORREA,**

**Defendant.**
___________________________________/

**ORDER**

**THIS CAUSE** came before the Court upon Defendant Ali Correa's Unopposed Motion to Continue Sentencing Hearing and for an Extension of Time to File Defendant's Objections to the Presentence Investigation Report and Motion for Downward Variance. Upon consideration of the unopposed motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that Defendant's Unopposed Motion to Continue Sentencing Hearing and for an Extension of Time to File Defendant's Objections to the Presentence Investigation Report and Motion for Downward Variance is hereby **GRANTED**. Defendant's sentencing hearing shall be rescheduled to **Wednesday, February 3, 2027, at 1:30 p.m.** On or before **January 20, 2027**, the parties shall file any objections to the Presentence Investigation Report and/or any motions related to Defendant's sentencing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of November, 2026.

___________________________________
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**